MOSE GOODALL v. THE STATE.

No. 8552. Decided April 30, 1924.

Assault to Rape—Practice on Appeal.

In the absence of a statement of facts, it is impossible for this court to ascertain whether the charge objected to was called for by the facts or not, and the matter set up in the motion for new trial not being supported in any way, the judgment below must be affirmed.

Appeal from the District Court of San Jacinto. Tried below before Honorable J. L. Manry.

Appeal from a conviction of assault to rape; penalty, ninety-nine years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Tom Garrard,* Attorney for the State and, *Grover C. Morris,* Assistant Attorney for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the District Court of San Jacinto County of assault to rape, and his punishment fixed at ninety-nine years in the penitentiary.

In view of the extreme penalty fixed by the jury, we regret that this record is before us devoid of a statement of facts. The indictment charges an attempt by force to rape a woman. The charge of the court appears to conform to the law. There are no bills of exception in the record, and the only statement of any exception to the court's charge is in the broadest terms possible, and evinces an entire lack of conformity to the requirements of Article 735, C. C. P. There is a special charge in the record marked "refused" and an exception noted, but in the absence of a statement of facts it is impossible for us to ascertain whether said charge was called for by the facts or not. The matters set up in the motion for new trial are not supported in any way.

The judgment will be affirmed.

*Affirmed.*